# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **W.A., a minor, by her parent and next friend, Doreen Athey,** : : : : : **Plaintiff,** : : v. : **Civ. No. 07-2082 (RWR)** : **DISTRICT OF COLUMBIA, et al.,** : : **Defendant.** : : | |

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

The Defendants, by counsel and pursuant to Fed. R. Civ. P. 6(b)(1), hereby move this Court for an enlargement of time – to January 24, 2008 – to respond to the complaint herein.

This action involves Plaintiff's appeal of a hearing officer's determination under the Individuals With Disabilities Education Improvement Act of 2004, 20 U.S.C. §§ 1400 et. seq. ("IDEIA"). Currently, the Defendants are working on addressing the allegations in the Complaint and the possibility of settling the claims herein before embarking on the preparation and filing of pleadings that may not ultimately be necessary. The Defendants respectfully request that this Court enlarge the time to file its response to the complaint herein.

Counsel for the Plaintiff has consented to a grant of this motion.

2

                                                                                              Respectfully submitted,

                                                                                              LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

*/s/ Amy Caspari*
AMY CASPARI [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794

December 21, 2007

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **W.A., a minor, by her parent and next friend, Doreen Athey,** : : : : : **Plaintiff,** : : **v.** : **Civ. No. 07-2082 (RWR)** : **DISTRICT OF COLUMBIA, et al.,** : : **Defendant.** : : | |

**MEMORANDUM OF POINTS AND AUTHORITIES**

Rule 6(b)(1), Federal Rules of Civil Procedure.

Consent of the parties

 

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

*/s/ Amy Caspari*
AMY CASPARI [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
December 21, 2007        (202) 724-7794

3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **W.A., a minor, by her parent and next friend, Doreen Athey,** : : : : : : | |
| **Plaintiff,** : : | |
| v. : | Civ. No. 07-2082 (RWR) |
| **DISTRICT OF COLUMBIA, et al.,** : : | |
| **Defendant.** : : | |

**ORDER**

On consideration of the Defendants' Consent Motion For Enlargement Of Time To Respond To Complaint, filed December 21, 2007, at it appearing that a grant of that motion would be just and proper, it is, this ____ day of December 2007,

ORDERED, that the Defendants' motion is granted; and it is

FURTHER ORDERED, that the time within which the Defendants may respond to the complaint herein is hereby enlarged to and including January 24, 2008.

_____
United States District Court Judge