IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| W.A., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | C.A. No. 07-cv-2082 (RWR) |

**JOINT MEET AND CONFER STATEMENT**

Pursuant to Rule 16.3 of the Local Rules of the United States District Court for the District of Columbia, the parties, by their respective counsel, hereby submit this Meet and Confer Statement to the Court. This report sets out the agreements reached by the parties in their telephone conferences, as follows:

(1) It is possible that the case can be disposed of by dispositive motion.

(2) The parties do not anticipate that they will join any additional parties or amend their pleadings.

(3) At this point, the parties do not consent to the case being assigned to a magistrate judge for any purpose.

(4) The parties are open to settlement discussions, but have not reached a resolution at this time.

(5) At this time, the parties do not believe that this case would benefit from the Court's alternative dispute resolution ("ADR") procedure, or some other form of alternative dispute resolution, and that no related steps need occur to facilitate ADR. Counsel have

discussed ADR and their response to this provision with their clients, and in assessing this decision, have considered subsections (i) - (v).

    (6)    The parties propose the following briefing schedule:

| | |
|---|---|
| June 2, 2008 | Deadline for Defendants to file Administrative Record |
| July 1, 2008 | Deadline for Plaintiffs' Motion for Summary Judgment |
| August 4, 2008 | Deadline for Defendants' Cross-Motion for Summary Judgment/Opposition to Plaintiffs' Motion for Summary Judgment |
| August 18, 2008 | Deadline for Plaintiffs' Opposition to Defendants' Motion for Summary Judgment/Reply to Opposition to Motion for Summary Judgment |
| September 1, 2008 | Deadline for Defendants' Reply to Opposition to Motion for Summary Judgment. |

    (7)    The parties stipulate to dispense with the initial disclosures required by Fed. R.Civ.P. 26(a)(1).

    (8)    The parties do not believe that discovery is necessary at this time. However, because it is possible that the case may be disposed on the administrative record (once the parties have had the opportunity to review it), the parties cannot determine the extent of discovery, if any. Should the case not be disposed of by order on motion, a status conference to consider, among other things, the need for discovery, shall take place within 60 days of the decision on dispositive motions.

    (9)    The parties do not believe that experts are necessary at this time.

    (10)    This is not a class action.

    (11)    The trial and/or discovery should not be bifurcated or managed in phases.

(12)    In the event that the case is not disposed on dispositive motions, then a status conference should take place within 60 days.

Pursuant to this Court's February 20, 2008 Order, the parties have also agreed upon the following:

### Statement of the Case

This is an action for the enforcement of a settlement agreement between plaintiffs Doreen Athey, and District of Columbia Public Schools.  Plaintiffs allege that the DCPS failed to provide W.A. with a free appropriate education ("FAPE") as required under the Individuals with Disabilities Act ("IDEA") 20 U.S.C. §§ 1400 *et seq*.  Plaintiffs further allege that on September 14, 2007, the parties entered into a settlement agreement in which DCPS agreed to place and fund W.A. at the Katherine Thomas School for the 2007-08 school year.  Plaintiffs believe that the Hearing Officer's determination that the proposed program and placement is appropriate should be reversed and the settlement agreement between the parties should be enforced.

The Defendants believe the subject Hearing Officer's decision was proper and consistent with the law and that the determination should be affirmed.  Defendants further believe that no enforceable settlement agreement was entered into by the parties.

### Statutory Basis

The statutory basis for this cause of action and the defendants' defenses, is the IDEA, 20 U.S.C. §1400, *et seq.* (2004).

        Respectfully submitted,

          /s/    (filed electronically)
Michael J. Eig                #912733
Paula A. Rosenstock      #494580
MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue
Suite 760
Chevy Chase, Maryland 20815

Counsel for the Plaintiffs


        /s/    (filed electronically)
PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

        /s/    (filed electronically)
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

        /s/    (filed electronically)
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
E-mail:  Eden.Miller@dc.gov

Counsel for Defendants

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

W.A., *et al.*,

    Plaintiffs,

v.

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

C.A. No. 07-cv-2082 (RWR)

## ORDER

Upon consideration of the parties' proposed briefing schedule, it is by the Court, this ____ day of _____, 2008, hereby

ORDERED, that the parties follow the following schedule:

| | |
|---|---|
| June 2, 2008 | Deadline for Defendants to file Administrative Record |
| July 1, 2008 | Deadline for Plaintiffs' Motion for Summary Judgment |
| August 4, 2008 | Deadline for Defendants' Cross-Motion for Summary Judgment/Opposition to Plaintiffs' Motion for Summary Judgment |
| August 18, 2008 | Deadline for Plaintiffs' Opposition to Defendants' Motion for Summary Judgment/Reply to Opposition to Motion for Summary Judgment |
| September 1, 2008 | Deadline for Defendants' Reply to Opposition to Motion for Summary Judgment. |

_____
United States District Judge