# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| W.A., a minor, by her parent and next friend, Doreen Athey, )<br><br>Plaintiff, )<br><br>v. )<br><br>DISTRICT OF COLUMBIA, *et al.,* )<br><br>Defendant. ) | Civil Action No. 07-2082 (RWR) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant Attorney General Juliane T. DeMarco on behalf of the Defendant District of Columbia in the above-captioned case.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914


May 8, 2008

**/s/ Juliane T. DeMarco**
JULIANE T. DEMARCO
Assistant Attorney General
Bar Number 490872
Sixth Floor South
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6614
(202) 741-0575 (fax)
E-mail: Juliane.DeMarco@dc.gov

Counsel for the Defendant