IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| W.A., *et al.*, | |
| Plaintiffs, | |
| v. | C.A. No. 07-cv-2082 (RWR) |
| DISTRICT OF COLUMBIA, *et al.*, | |
| Defendants. | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, the plaintiffs respectfully request that this Court grant an enlargement of time in this matter, as proposed herein. The grounds for this motion are set out in the accompanying memorandum of points and authorities.

WHEREFORE, the plaintiffs respectfully request that this motion be granted.

Respectfully submitted,

  /s/   (filed electronically)
Michael J. Eig            #912733
Paula A. Rosenstock       #494580
MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue
Suite 760
Chevy Chase, Maryland 20815

Counsel for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| W.A., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　　Defendants. | C.A. No. 07-cv-2082 (RWR) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION FOR ENLARGEMENT OF TIME**

Plaintiffs request an enlargement of their briefing schedule. Defendants have consented to this motion.

By Order of April 7, 2008, this Court set a briefing schedule. The parties have agreed to extend the entire briefing schedule by one month. Therefore, we request the following schedule:

| | |
|---|---|
| August 1, 2008 | Deadline for Plaintiffs' Motion for Summary Judgment |
| September 2, 2008 | Deadline for Defendants' Cross-Motion for Summary Judgment/Opposition to Plaintiffs' Motion for Summary Judgment |
| September 16, 2008 | Deadline for Plaintiffs' Opposition to Defendants' Motion for Summary Judgment/Reply to Opposition to Motion for Summary Judgment |
| September 30, 2008 | Deadline for Defendants' Reply to Opposition to Motion for Summary Judgment. |

Under Rule 6 of the Federal Rules of Civil Procedure, the Court, in its discretion, may enlarge the time for filing a pleading. For the reasons set out above, the plaintiffs respectfully request that this motion be granted.

Respectfully submitted,

   /s/   (filed electronically)
Michael J. Eig          #912733
Paula A. Rosenstock    #494580
MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue
Suite 760
Chevy Chase, Maryland 20815

Counsel for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| W.A., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | C.A. No. 07-cv-2082 (RWR) |

**ORDER**

Upon consideration of the plaintiffs' consent motion for an enlargement of time, it is by the Court on this ___ day of _____, 2008, hereby

ORDERED, that the motion be and the same is hereby GRANTED; and it is

FURTHER ORDERED, that plaintiffs' motion for summary judgment is due August 1, 2008, defendants' cross-motion/opposition is due September 2, 2008, plaintiffs' opposition/reply is due September 16, 2008, and defendants' reply is due September 30, 2008.

_____
United States District Judge