IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

W.A., *et al.*,

    Plaintiffs,

v.

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

C.A. No. 07-cv-2082 (RWR)

## STIPULATION OF DISMISSAL

Plaintiffs hereby ask the Court to dismiss this above-captioned case for relief. The undersigned has contacted opposing counsel who consented to this dismissal. Thank you.

Respectfully submitted,

    /s/
_____
Michael J. Eig    #912733
Paula A. Rosenstock  #494580
Patricia F. Cyr    #490755

MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740

Counsel for Plaintiffs