IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| W.A., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | C.A. No. 07-cv-2082 (RWR) |

## STIPULATION OF DISMISSAL

Plaintiffs hereby ask the Court to dismiss this above-captioned case for relief. The undersigned has contacted opposing counsel who consented to this dismissal. Thank you.

Respectfully submitted,

  /s/    (filed electronically)
Michael J. Eig            #912733
Paula A. Rosenstock       #494580
MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue
Suite 760
Chevy Chase, Maryland 20815

Counsel for the Plaintiffs


    /s/    (filed electronically)
PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

      /s/   (filed electronically)
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

      /s/   (filed electronically)
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
E-mail:  Eden.Miller@dc.gov

Counsel for Defendants